IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS JOHN TIMS,

    Plaintiff,

v.

STEVEN STRUENSEE, et al.,

    Defendants.

ORDER

Case No. 23-cv-656-wmc

Plaintiff Dennis John Tims has filed a proposed civil complaint. Plaintiff seeks to commence this lawsuit without prepaying the filing fee pursuant to 28 U.S.C. § 1915A and has filed a six-month trust fund account statement (dkt. 9) in support of his motion.

The court has considered plaintiff's motion and trust fund account statement, and finds that plaintiff's financial situation does not warrant a determination of indigency. Accordingly, plaintiff must prepay the $402 fee[1] for commencing this action.

ORDER

IT IS ORDERED that plaintiff Dennis John Tims's motion for leave to proceed without prepayment of the filing fee is DENIED. Plaintiff must pay the $402 fee no later than October 26, 2023. If plaintiff fails to do so, this action may be dismissed without prejudice to plaintiff filing the case at a later date.

Entered this 6th day of October, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2020, the total fee for filing a civil action is $402 (the $350 statutory fee plus the $52 miscellaneous administrative fee).